RECEIVED
By USMS at 9:13 am, May 17, 2023

# United States District Court
NORTHERN DISTRICT OF GEORGIA

FID:10846866
USMS:01487-138



| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | AGENT TO ARREST |
| MADISON RENEE KELLEHER | Case Number: 1:23-MJ-487 |

**UNDER SEAL**

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MADISON RENEE KELLEHER and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT** charging him or her with being a material witness in Criminal Case No. 1:18-CR-260 (NDGA), and to show cause why he or she should not be detained as a material witness pending trial, in accordance with Title 18, United States Code, Section 3144.

| LEIGH MARTIN MAY | United States District Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | May 17, 2023 |
| Signature of Issuing Officer | Atlanta, Georgia |
| | Date and Location |

Bail Fixed at $_____   by _____
                                 Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:
_____

Date Received: _____

Name and Title of Arresting Officer

Date of Arrest: _____

Signature of Arresting Officer